UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE PSYCHIATRIC ASSOCIATION, INC., in a representational capacity on behalf of its members and their patients, MICHAEL A. KAMINS, on his own behalf and on behalf of his beneficiary son, and on behalf of all other similarly situated health insurance subscribers, JONATHAN DENBO, on his own behalf and on behalf of all other similarly situated health insurance subscribers, BRAD SMITH, on his own behalf and on behalf of his beneficiary son, and on behalf of all other similarly situated health insurance subscribers, JORDAN OLIN, on his own behalf and on behalf of his beneficiary son, and on behalf of all other similarly situated health insurance subscribers, and JULIE ANN ALLENDER, Ed.D., and SHELLY MENOLASCINO, M.D., on their own behalf and in a representational capacity on behalf of their beneficiary patients and on behalf of all other similarly situated providers and their patients, | Case No.: 13cv1599 (CM) |
| Plaintiffs, | |
| v. | |
| UNITEDHEALTH GROUP, UHC INSURANCE COMPANY, UNITED HEALTH-CARE INSURANCE COMPANY OF NEW YORK and UNITED BEHAVIORAL HEALTH, | |
| Defendants | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs New York State Psychiatric Association, Inc., Michael A. Kamins, Jonathan Denbo, Brad Smith, Julie Ann Allender, Ed.D., and Shelly Menolascino, M.D. hereby appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order of the Honorable Colleen McMahon, granting Defendants' motion to dismiss (Dkt. # 102), entered in this action on December 4, 2013 (Dkt. # 103).

Dated: December 31, 2013                 /D. Brian Hufford
                                                  D. Brian Hufford
                                                  Jason S. Cowart
                                                  Anthony F. Maul
                                                  **POMERANTZ GROSSMAN HUFFORD**
                                                  **DAHLSTROM & GROSS LLP**
                                                  600 Third Avenue
                                                  New York, New York 10016
                                                  (212) 661-1100
                                                  (212) 661- 8665 (fax)
                                                  Email: dbhufford@pomlaw.com

                                                  Meiram Bendat (admitted *pro hac vice*)
                                                  **PSYCH-APPEAL, INC.**
                                                  8560 West Sunset Boulevard, Suite 500
                                                  West Hollywood, CA 90069
                                                  (310) 598-3690, x.101
                                                  (310) 564- 0040 (fax)
                                                  Email:  meiram@psych-appeal.org

                                                  Michael Cohen (admitted *pro hac vice*)
                                                  Heather McKeon (admitted *pro hac vice*)
                                                  **COHEN MCKEON LLP**
                                                  1910 West Sunset Boulevard, Suite 440
                                                  Los Angeles, CA 90026
                                                  (213) 413-6400
                                                  (213) 403- 6405 (fax)
                                                  Email: cohen@cohenmckeon.com

                                                  *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    D. Brian Hufford, an attorney, hereby certifies that on December 31, 2013, he electronically filed Plaintiffs' Notice of Appeal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                                     s/ D. Brian Hufford
                                                     D. Brian Hufford